WOLFF, Appellant, v. GLICKMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by Sarah H. Wolff against Moses N. Glickman and John Rosenzweig. No opinion. Judgment of the municipal court affirmed by default, with costs.

WOODWORTH, Appellant, v. HARDIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by Chauncey C. Woodworth, as, etc., against Bryan Hardin, impleaded, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, without prejudice to right of respondent to renew the motion made at special term. Held: That under the order of the county judge, upon which, apparently, without other notice, the motion resulting in the order appealed from was made, the only question presented was whether the judgment in question had been paid, and that the fact of such payment was not sufficiently established to warrant the order vacating the supplementary proceedings.

ZIEGLER, Respondent, v. TIENKMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Jacob Ziegler against August Tienkman. E. W. Mowton, for appellant. C. Haldane, for respondent. No opinion. Judgment and order affirmed, with costs.

ZIEGLER et al., Appellants, v. VAN DEMARK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Action by Andrew Ziegler and another against James Van Demark and others.

PER CURIAM. Judgment affirmed, with costs. Held, that under the allegations of the complaint, and upon the proofs presented, the plaintiffs were not entitled to a judgment of foreclosure and sale for nonpayment of taxes.

WILLIAMS, J., dissents upon the ground that the plaintiffs had a right to maintain the action to foreclose for taxes, and therefore the dismissal of the entire complaint was improper.